# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

May 22, 2024

**Application GRANTED. The Clerk of Court is directed to terminate the motion at ECF No. 18.**

**SO ORDERED.**

*Arun Subramanian, U.S.D.J.*
Date: May 23, 2024

By ECF
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    *United States v. Joseph Sprolling,*
                24 Cr. 147 (AS)

Dear Judge Subramanian:

      I represent Joseph Sprolling and write, with the consent of Pretrial Services, to respectfully request modification of his conditions of pretrial release to permit him to attend a family barbecue in Saratoga Spa State Park, located in Saratoga Springs, which is within the Northern District of New York, on Saturday, May 25, 2024. The government (A.U.S.A. Ghosh) does not take a position on this request and instead defers to Pretrial Services.

      Mr. Sprolling's conditions of release permit him to travel within the District of New Jersey (where he lives), the Southern District of New York for court appearances and attorney meetings, and the Eastern District of New York with approval from pretrial services. He is subject to curfew, with hours at discretion of pretrial services (currently 9:00 p.m.) and is monitored by GPS. ECF No. 4. His assigned Pretrial Services officer informs that he is fully compliant with all conditions. If this application is granted, Mr. Sprolling will be driven to and from the barbecue by a cousin and will return home by curfew.

      Thank you for your consideration of this request.

                                     Respectfully,

                                     Evan L. Lipton

Cc:    Government Counsel

       Assigned Pretrial Services Officers
       (S.D.N.Y. and E.D.N.Y.)