UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                -against-<br><br>JOSEPH SPROLLING,<br>                                Defendant. | 24-cr-147 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the conference scheduled for today, June 20, 2024, will now take place on **Tuesday, June 25, 2024**, at **2:00 PM**.

    SO ORDERED.

Dated:  June 20, 2024
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge