UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSEPH SPROLLING,

Defendant.

24-cr-147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

IT IS HEREBY ORDERED that the conference scheduled for Tuesday, June 25, 2024,

will now take place on **Thursday, June 27, 2024**, at **4:30 PM**.

SO ORDERED.

Dated: June 24, 2024
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge