UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JOSEPH SPROLLING,

Defendant.

---

24-cr-147 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The hearing scheduled for July 3, 2024, is rescheduled for July 11, 2024, at 2:00 p.m.

Prior to the rescheduled hearing, the parties should meet and confer for no less than 30 minutes to determine whether, in light of the facts and circumstances of this case, including defendant's employment and conduct while awaiting trial, continued prosecution of this case is warranted or whether there are any potential available options in this proceeding. The Court is not in possession of all the facts, and it intimates no view on these issues. However, in light of last week's hearing, the Court wants to ensure that the parties have focused on the case and explored all available options before we proceed.

SO ORDERED.

Dated: July 2, 2024
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge