

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2024

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Joseph Sprolling*, 24 Cr. 147 (AS)

Dear Judge Subramanian:

    A conference in the above-captioned case was recently rescheduled at the defendant's request to September 11, 2024, to allow the defendant time to submit a deferred prosecution application and for the Government to consider such request. (Dkt. No. 33.) The Government respectfully requests, with the consent of the defendant, that the time between August 9, 2024, and September 11, 2024, be excluded pursuant to the provisions of the Speedy Trial Act to permit the parties to continue discussions regarding a pre-trial resolution of this matter. A proposed order is attached to this letter for the Court's consideration.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

    by:   /s/
                Catherine Ghosh
                Assistant United States Attorney
                (212) 637-1114

cc:    Evan Lipton, Esq.

Encl.

---

**Application GRANTED.** The time between August 9, 2024, and September 11, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a potential pretrial resolution of the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 7, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :

     - v. -                         :       PROPOSED ORDER

JOSEPH SPROLLING,               :       24 Cr. 147 (AS)

              Defendant.      :

- - - - - - - - - - - - - - - - - -X

       Upon the application of the United States of America, by and through Assistant United States Attorney Catherine Ghosh, and with the consent of defendant JOSEPH SPROLLING, by and through Evan Lipton, Esq., it is hereby ORDERED that the time between August 9, 2024, and September 11, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

       The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it would allow the parties to continue ongoing discussions regarding a pre-trial disposition of this matter.

Dated:  New York, New York
        August __, 2024

                            _____
                            THE HONORABLE ARUN SUBRAMANIAN
                            UNITED STATES DISTRICT JUDGE