**Law Office of Evan L. Lipton**
**260 Madison Avenue, Floor 22**
**New York, New York 10016**
**(917) 924-9800**
ell@evanliptonlaw.com

October 9, 2024

The application is GRANTED. The defendant's bond is modified to GPS monitoring without curfew.

The Clerk of Court is directed to terminate the motion at Dkt. 36.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: October 10, 2024

By ECF
Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        Re:    *United States v. Joseph Sprolling,*
                 24 Cr. 147 (AS)

Dear Judge Subramanian:

     I represent Joseph Sprolling and write with the consent of Pretrial Services (Officer Ziegert) to request that the electronic monitoring condition of Mr., Sprolling's bond be modified to "stand alone" electronic monitoring (GPS monitoring without curfew). This will allow him to pick up last minute overnight shifts at work. The Government (A.U.S.A. Ghosh) defers to Pretrial Services' position on this application.

     Thank you for your consideration of this request.

                         Respectfully,

                         Evan L. Lipton

Cc:    Government Counsel

        Assigned Pretrial Services Officers
        (S.D.N.Y. and E.D.N.Y.)